```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 14034
   ROSA I COBOS
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-6776


-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/31/08 and confirmed on 08/19/08.

     2.  The case was dismissed after confirmation, 11/20/2008.

     3.  The Debtor paid a total of $   3950.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
-----------------------------------------------------------------------------
OCWEN LOAN SVCG            CURRENT MORTG    2858.23            .00           2858.23
OCWEN LOAN SVCG            MORTGAGE ARRE       .00             .00              .00
REAL TIME RESOLUTIONS      SECURED           862.67            .00            862.67
REAL TIME RESOLUTIONS      MORTGAGE ARRE    5421.02            .00              .00
CARMAX AUTO FINANCE        SECURED VEHIC       .00             .00              .00
CARMAX AUTO FINANCE        SECURED VEHIC       .00             .00              .00
GOOD SHEPHERD HOSPITAL     UNSECURED      NOT FILED            .00              .00
BARRINGTON RADIOLOGY & I   UNSECURED      NOT FILED            .00              .00
CITIBANK                   UNSECURED      NOT FILED            .00              .00
CITIFINANCIAL              UNSECURED      NOT FILED            .00              .00
CONDELL MEDICAL CENTER     UNSECURED      NOT FILED            .00              .00
HOME DEPOT CREDIT SERVIC   UNSECURED      NOT FILED            .00              .00
IHC LIBERTYVILLE EMERG P   UNSECURED      NOT FILED            .00              .00
ECAST SETTLEMENT CORPORA   UNSECURED         629.47            .00              .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  9141.92        .00        629.47         .00        9771.39
PRINCIPAL PAID      3720.90        .00          .00          .00        3720.90
INTEREST PAID          .00         .00          .00          .00            .00
TOTAL PAID          3720.90        .00          .00          .00        3720.90
The Debtor's attorney, GARY L SHILTS                , was allowed $   3200.00
and was paid $   1200.00   direct and $       .00  through the plan.

The Trustee received $    229.10 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.


Dated: 02/10/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                                    PAGE   2
        CASE NO. 08 B 14034 ROSA I COBOS